# EXHIBIT A

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,127,756**  
**Registered Apr. 17, 2012**  
**Int. Cl.: 42**

**SERVICE MARK**

**PRINCIPAL REGISTER**

PEANUT LABS, INC. (DELAWARE CORPORATION)
114 SANSOME STREET, SUITE 920
SAN FRANCISCO, CA 94104

FOR: SAAS CONSISTING OF WEB-BASED SURVEY SOFTWARE FOR SMALL AND MEDIUM BUSINESSES WHICH ALLOWS SURVEYS TO BE HOSTED AND CONDUCTED OVER THE INTERNET, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 1-1-2011; IN COMMERCE 1-1-2011.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SURVEYTOOL.COM", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE WORDING "SURVEYTOOL.COM" TOGETHER WITH THE GRAPHIC DEPICTION OF A PIE CHART WHICH APPEARS TO THE LEFT OF THE WORDING.

SER. NO. 85-248,446, FILED 2-22-2011.

RAUL CORDOVA, EXAMINING ATTORNEY



*David J. Kappos*
Director of the United States Patent and Trademark Office